IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PATRICK DALTON,

    Plaintiff,

v.                                                                   CV 14-39 KG/WPL

CAROLYN W. COLVIN,
Acting Commissioner of Social Security Administration,

    Defendant.

**ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

This matter is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition (PFRD), filed January 30, 2014. (Doc. 7.) The parties were notified that objections were due within fourteen days of service of the PFRD and that if no objections were filed, no appellate review would be allowed.  To this date, no objections have been filed.

    IT IS THEREFORE ORDERED that:

    1) the PFRD is adopted as an order of the Court; and

    2) this cause is dismissed without prejudice.

_____
UNITED STATES DISTRICT JUDGE